In the Matter of FREEDOM DISCOUNT CORP., Petitioner, v. HYMAN KORN, as a Justice of the Supreme Court of the State of New York, et al., Respondents.

Concur — Stevens, J. P., Capozzoli, Rabin, McNally and McGivern, JJ.